**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6284**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

NICHOLAS J. QUEEN, SR.,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CR-93-366)

─────────────

Submitted:  March 20, 2002        Decided:  April 12, 2002

─────────────

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nicholas J. Queen, Sr., Appellant Pro Se.  Christine Manuelian,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas J. Queen appeals the district court's order denying his petition for writ of error coram nobis, which the district court properly construed as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Queen</u>, No. CR-93-366 (D. Md. Jan. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>